# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-19-00407-CV
_____

### PIONEER PETROLEUM CORP, Appellant

### V.

### TRP CRUDE MARKETING LLC, Appellee

**On Appeal from the 136th District Court**
**Jefferson County, Texas**
**Trial Cause No. D-202,650-A**

## ORDER

Pioneer Petroleum Corp, appellant, filed a suggestion of bankruptcy with its docketing statement. This appeal is abated for administrative purposes only and will be treated as a closed case unless timely reinstated by proper motion. *See* Tex. R. App. P. 8.2.

ORDER ENTERED December 10, 2019.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.